# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| Josepha D. Cordova Lima, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Housekeeping Services of Hilton Head, LLC, DMS LLC, d/b/a DELKO Enterprise Inc., David L. Myers, and Carlos Dante Acosta, Individually,<br><br>Defendants.<br><br>―――――――――――――――――<br><br>DMS, LLC and Carlos Dante Acosta and Housekeeping Services of Hilton Head, LLC, and David L. Myers<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>Delko Enterprise, Inc.,<br><br>Third-Party Defendant. | C/A No.: 9:22-cv-04490-BHH<br><br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL** |

This matter is before the Court upon the parties' Joint Motion for Court Approval of the parties' compromise settlement of Plaintiff's claims filed pursuant to the Fair Labor Standards Act ("FLSA). (ECF No. 49.) After review, and after considering the relevant factors, including (1) the extent of discovery that has taken place; (2) the stage of the proceedings; (3) the complexity and likely duration of litigation; (4) the absence of fraud; (5) the experience of counsel; and (6) the probability of the plaintiff's success on the merits and the amount of the settlement in relation to the potential recovery, the Court finds the

1

settlement to be fair and reasonable.  Accordingly, the Court hereby **grants** the parties' Joint Motion for Court Approval (ECF 49). Counsel shall file a stipulation of dismissal with prejudice after settlement payments have been delivered to Plaintiff's counsel.

    **IT IS SO ORDERED.**

/s/Bruce H. Hendricks<br>
United States District Court Judge

April 15, 2024  
Charleston, South Carolina